UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILMA LYNETTE SPELL OBO B.W.,

    Plaintiff,

vs.

CASE NO. 3:09-cv-56-J-34TEM

MICHAEL J. ASTRUE,
Commissioner of Social Security

    Defendant.
_____

# **O R D E R**

This cause is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. #2). Plaintiff did not accompany said motion with an Affidavit of Indigency. The Court's decision to grant *in forma pauperis* status is discretionary and should be granted only to those who are truly indigent. *See Pace v. Evans*, 709 F.2d 1428, 1429 (11th Cir. 1983)*; see also Atkins v. Sullivan*, 387 F.2d 140, 141 (10th Cir. 1967), *cert. denied*, 391 U.S. 927 (1968) (where affidavits are not notarized, the trial court is correct in not granting leave to proceed *in forma pauperis*). For the aforementioned reasons, Plaintiff's motion is **DENIED without Prejudice**.

Accordingly, it is hereby **ORDERED**:

1. Plaintiff shall submit an Affidavit of Indigency, which shall include a sworn statement, **within twenty (20) days from the date of this Order**.

2. The Clerk of the Court shall furnish Plaintiff with a form DC 101 (Rev. 1/97) in order for Plaintiff to comply herewith.

**DONE AND ORDERED** at Jacksonville, Florida this 24th day of February, 2009.

Copies to all counsel of record
and *pro se* plaintiff

THOMAS E. MORRIS
United States Magistrate Judge