UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILMA LYNETTE SPELL OBO B.W.,

    Plaintiff,

vs.                                                CASE NO. 3:09-cv-56-J-34TEM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

## **REPORT AND RECOMMENDATION**[1]

This matter is before the Court *sua sponte*. On February 24, 2009, the undersigned entered an Order (Doc. #6), denying without prejudice Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. #2) for failure to submit an affidavit of indigency. In said Order, the undersigned provided Plaintiff twenty (20) days from the date of the Order within which to submit an affidavit of indigency. To date, however, Plaintiff has neither responded to the Order, nor has she submitted the requisite affidavit of indigency as directed by the Court.

The failure of Plaintiff to participate in the prosecution of this case, combined with the failure to respond to a direct Court Order, is found to be a clear record of willful delay and disobedience. *See Sussman v. Salem, Saxon & Nielson, P.A.*, 154 F.R.D. 294, 299-301 (M.D. Fla. 1994).

---

[1] Any party may file and serve specific, written objections hereto within TEN (10) DAYS after service of this Report and Recommendation. Failure to do so shall bar the party from a *de novo* determination by a district judge of an issue covered herein and from attacking factual findings on appeal. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; Local Rule 6.02(a), United States District Court for the Middle District of Florida.

Accordingly, and for the reasons stated herein, the undersigned hereby **RECOMMENDS that this matter be dismissed without prejudice for failure to prosecute**.

**DONE AND ENTERED** at Jacksonville, Florida this 26th day of October, 2009.

*Thomas E. Morris*
THOMAS E. MORRIS
United States Magistrate Judge

Copies to all counsel of record